IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARTIN DEJESUS LUEVANO | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-182 |
| WARDEN, HOUSTON FDC | § | |

MEMORANDUM OPINION AND ORDER

Petitioner Martin Dejesus Luevano, a prisoner confined at Federal Detention Center in Houston, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Analysis

To entertain a habeas petition brought under 28 U.S.C. § 2241, the district court must have jurisdiction over the prisoner. *United States v. Gabor*, 905 F.2d 76, 77-78 (5th Cir. 1990). Accordingly, a prisoner must file a § 2241 petition in the district where he is incarcerated at the time he files the petition. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014); *Lee v. Wetzel*, 244 F.3d 370, 375 n. 5 (5th Cir. 2001). If the petitioner files in another district, that court lacks jurisdiction over the petition. *United States v. Brown*, 753 F.2d 455 (5th Cir. 1985). However, the court does have the authority to transfer the action, in the interest of justice, to a court where the action could have been brought. 28 U.S.C. § 1631.

After reviewing the pleadings, the court has concluded that jurisdiction is not proper in the Eastern District of Texas because Petitioner is confined in Houston, Texas. The court has considered the circumstances and, in the interest of justice, has determined that the Petition for Writ of Habeas

Corpus should be transferred to the United States District Court for the Southern District of Texas, where Petitioner was confined at the time he filed the petition. It is accordingly

**ORDERED** that this Petition for Writ of Habeas Corpus is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

SIGNED this 13th day of August, 2026.

Zack Hawthorn
United States Magistrate Judge